**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CIANCANELLI, | Case No. CV 19-4042-DMG (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES, | |
| Defendant. | |

Pursuant to the Court's Order granting Defendant's Motion to Dismiss, filed November 20, 2019,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant City of Los Angeles and against Joseph Ciancanelli.

DATED: November 20, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE